UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL LIONEL EDWARDS, | ) |
| | ) CASE NO. C11-0540-JCC |
| Plaintiff, | ) |
| | ) |
| v. | ) REPORT AND RECOMMENDATION |
| | ) |
| KING COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

On March 30, 2011, plaintiff Michael Edwards presented to this Court for filing a civil rights complaint under 42 U.S.C. § 1983 together with an application to proceed with this action *in forma pauperis*. (*See* Dkt. No. 1.) Plaintiff asserted in his complaint that he had been assaulted with feces and then denied medical attention while confined in the King County Jail in October 2010. He further asserted that had been denied a diet which accommodated his food allergies, and that he had been harassed by one of the Jail Officers.

On May 11, 2011, plaintiff's application for leave to proceed *in forma pauperis* was granted and his complaint was filed. (*See* Dkt. Nos. 6 and 7.) On the same date, this Court issued an Order declining to serve plaintiff's complaint and granting him leave to amend.

REPORT AND RECOMMENDATION
PAGE -1

(Dkt. No. 6.)  Plaintiff was advised therein that his complaint was defective in various respects and that he would have to correct those defects before the action could proceed.  (*See* Dkt. No. 8.)  On May 23, 2011, the copies of the orders granting plaintiff leave to proceed *in forma pauperis* and declining to serve plaintiff's complaint, which were mailed to plaintiff at his address of record, the King County Correctional Facility, were returned by the post office with a notation indicating that plaintiff was no longer in jail.  To date, plaintiff has not provided the court with a new address.

Because over sixty days have passed since mail directed to plaintiff at his address of record was returned by the post office, and because plaintiff has not notified the court of his current address, this action should be DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2).  A proposed order accompanies this Report and Recommendation.

DATED this 29th day of July, 2011.

Mary Alice Theiler
United States Magistrate Judge