THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL LIONEL EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY JAIL, et al.,<br><br>Defendants. | CASE NO. C11-0540-JCC<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, the Court finds and orders as follows:

1) The Court adopts the Report and Recommendation;

2) This matter is DISMISSED without prejudice pursuant to Local Rule CR 41(b)(2) for failure to prosecute; and

3) The Clerk is directed to send copies of this Order to Plaintiff at his last known address, and to the Honorable Mary Alice Theiler.

DATED this 19th day of September 2011.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1